21718\pje

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 0 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-011 |
| | § | |
| BURNELL MARINE & SUPPLY, INC.; | § | |
| CHARLES R. BURNELL, Individually | § | |
| and d/b/a BURNELL ENTERPRISES; | § | |
| and CHARLES B. BURNELL, | § | |
| Individually and d/b/a BURNELL | § | |
| ENTERPRISES. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

COMES NOW **Plaintiff ESSEX INSURANCE COMPANY** and informs the Court that it has served defense counsel with Plaintiff's Initial Disclosures pursuant to Rule 26(a) of the FEDERAL RULES OF CIVIL PROCEDURE.

NOTICE OF SERVICE OF INITIAL DISCLOSURES - Page 1
Litigation Library 108428.1

Respectfully submitted,

**FANNING HARPER & MARTINSON**
A Professional Corporation

By: _____
**ALAN MOORE**
Federal Southern Bar No. 14797
State Bar No.14320075
300 Preston Commons West
8117 Preston Road
Dallas, Texas 75225
(214) 369-1300 (office)
(214) 987-9649 (telecopier)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been mail, copied or hand-delivered to all attorneys of record in compliance with Rule 5 of the FEDERAL RULES OF CIVIL PROCEDURE, on this the 15th day of June, 2000.

_____
**ALAN MOORE**

NOTICE OF SERVICE OF INITIAL DISCLOSURES - Page 2
Litigation Library 108428.1