IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 6 2000

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-00-011 |
| | § | |
| BURNELL MARINE & SUPPLY, INC. | § | |
| CHARLES R. BURNELL, Individually | § | |
| and d/b/a BURNELL ENTERPRISES; | § | |
| and CHARLES B. BURNELL, Individually | § | |
| and d/b/a BURNELL ENTERPRISES | § | |
| Defendants | § | |

## INITIAL RULE 26 DISCLOSURE

COMES NOW BURNELL MARINE & SUPPLY, INC., CHARLES R. BURNELL, Individually, and CHARLES B. BURNELL, Individually, defendants herein, and file this their Initial Rule 26 Disclosure as follows:

## A - WITNESSES

At Present, plaintiff identifies the following individuals who are likely to have discoverable information relevant to the disputed facts alleged with particularity in the pleadings:

Corporate Representative of Burnell Marine & Supply, Inc.
Mr. Charles R. Burnell
Mr. Charles B. Burnell
H.C. 70, Box 58
Brownsville, Texas 78521
Phone (956) 831-3502

Initial Rule 26 Disclosure                                                      Page 1



These individuals are expected to offer testimony regarding the factual background leading to the alleged injury of Mr. Ramon Guzman.  They will further testify regarding the work to be performed by Mr. Guzman on the day in question as well as the inter-relationship and working agreements between Mr. Guzman, Mr. Adan Lopez, and Swamp Irish, Inc.  Moreover, they will offer testimony regarding the representations and agreements of Essex Insurance Company and James C. Capt and Capt Insurance Agency with respect to the insurance policy in question, and the coverage provided by same.

James E. Capt
James E. Capt & Associates
P.O. Box 126
San Juan, Texas
(956) 787-4989

Mr. Capt is aware of the Defendants' needs for insurance and in expected to offer testimony regarding the representations made by him in connection with the sale of the policy at issue in this case.

Adan Lopez
Will supplement with address and phone number if found.

This witness was at work on the day of Mr. Guzman's alleged accident and is expected to testify that he did not witness an accident.  He is also expected to offer testimony regarding the relationship between himself, Mr. Ramon Guzman, and the defendants in this case.

Daniel Gonzalez
Will supplement with address and phone number if found.

This witness was at work on the day of Mr. Guzman's alleged accident and is expected to testify that he did not witness an accident.

Milton Rodriguez
Will supplement with address and phone number if found.

This witness was at work on the day of Mr. Guzman's alleged accident and is expected to testify that he did not witness an accident.

Ramon Guzman

1132 East Jefferson Street
Brownsville, Texas 78520
Phone No. Not Known

Claims to have been injured while employed by Burnell Marine & Supply, inc.

Delfino Salinas Meza
Compedres 2nd y 3rd
Ocampo Matamoros, Mexico
Phone No. not known

This witness was at work on the day of Mr. Guzman's alleged accident and is expected to testify that he did not witness an accident.

Higinio Nava
Will supplement with address and phone number if found.

This witness was at work on the day of Mr. Guzman's alleged accident and is expected to testify that he did not witness an accident.

Robert Jimenez
Will supplement with address and phone number if found.

This witness was at work on the day of Mr. Guzman's alleged accident and is expected to testify that he did not witness an accident.

Rolando Salinas
Cunningham Lindsey US, Inc.
700 Paredes Avenue, Suite 206
Brownsville, Texas 78521
(956) 542-5611

Mr. Salinas investigated the allegations of Mr. Ramon Guzman after Mr. Guzman's attorney made claim on one or more of the defendants.
Howard Ellis
Senior Claims Examiner

Initial Rule 26 Disclosure

Essex Insurance Company
4551 Cox Road
Glen Allen, Virginia 23060-3382
(804) 273-1400

Mr. Ellis has knowledge of the Plaintiff's handling of the claims made the basis of this litigation.

Patrick Russell
Annabell Alegria
RUSSELL & ALEGRIA, P.C.
37 West Elizabeth Street
Brownsville, Texas, 78520
Telephone (210) 542-6704
Facsimile  (210) 542-6767

Attorney's fees -their necessity and reasonableness for the Defendants' case; the necessity and reasonableness of the hours and fees expended in the defense of this action,; reasonable attorney's fees for work expended for the appeals to other courts

## B - DOCUMENTS

Defendants have identified the following documents, data compilations,

and tangible things currently in the possession, custody or control of Defendant

that are relevant to the disputed facts alleged with particularity in the pleadings:

1.    Correspondence between Defendants and Essex Insurance Company (and its agents);

2.    Correspondence between Defendants and James E. Capt (and his agents).

## C - COMPUTATION OF DAMAGES

Economic damages include attorneys fees and expenses incurred by

Defendants in the instant case as well as in the underlying case.  Additional

damages may include those any damages awarded to Ramon Guzman in the underlying case, as well as those damages associated with business interruption as well as possible loss of income and termination of business. these damages are, as yet, uncertain and continue to accrue.  Defendants will supplement prior to trial.

## D - INSURANCE

A copy of the insurance policy in dispute is attached hereto and marked as Exhibit "A".

## E - PRIVILEGE DOCUMENTS

Defendants assert the following privileges:

1.  Defendants asset their right not to disclose information and documents which are privileged based upon the attorney/client privilege.

2.  Defendants asset their right not to disclose information or documents privileged based upon the work product privilege.

3.  Defendants asset their right not to reveal information and documents concerning its investigation conducted in anticipation of litigation.

4.  Defendants asset their right not to reveal information and documents concerning party communications.

5.  Defendants asset their right not to disclose witness statements other than statements given by the plaintiffs herein.

6.  Defendants asset their right not to reveal information concerning purely consulting experts under F.R.C.P. 26.

7.  Defendants asset their right not to disclose information and documents protected by the shared defense privilege, whether in the pending

litigation or in the underlying litigation.

Signed on this the ___26th___ day of July, 2000.

Respectfully submitted,

RUSSELL & ALEGRIA, P.C.
37 West Elizabeth Street
Brownsville, Texas, 78520
Telephone    (210) 542-6704
Facsimile    (210) 542-6767

By: _____
Patrick Russell
USDC Adm. No. 8651
State Bar# 17435050

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2000, pursuant to the Federal Rules of Civil Procedure, a true and correct copy of the above and foregoing document was served on each party to this action, the party's duly authorized agent, or the attorney in charge, as the case may be:

By U.S. certified or registered mail to the party's last known address as indicated below:

Mr. Steven R. Shattuck
Mr. Alan Moore
Fanning, Harper & Martinson, P.C.
300 Preston Commons, West
8117 Preston Road
Dallas, TX 75225

_____
Patrick Russell

G:\WP6\PRETRIAL\A0-258 Initial Discl.wpd

Case 1:00-cv-00011    Document 8    Filed in TXSD on 07/26/2000    Page 7 of 34

COMPANY

RCIAL LIABILITY DECLARATIONS

Policy Number
3CA 8615

3AM 8578
Renewal of Number

Item 1. Named Insured and Mailing Address
BURNELL MARINE & SUPPLY
HC 70 BOX 58
BROWNSVILLE, TX. 78521

Item 2.  Policy Period    From: 03/13/97         To: 03/13/98         Term: ANNUAL
         12:01 A.M. Standard Time at the address of the Named Insured as stated herein.

Item 3.  Retroactive Date: NONE

Item 4.  Business Description: REPAIR OF OWNED NETS & BOATS

Item 5.  In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide
         the insurance as stated in this policy.

This policy consists of the following coverage parts for which a premium is indicated. Where no premium is shown, there is
no coverage. This premium may be subject to adjustment.

| Coverage Part(s) | Form No. and Edition Date | Premium |
|---|---|---|
| Commercial General Liability Coverage Part | | $1,028.00 |
| Professional Liability Coverage Part | | $ |
| | | $ |
| POLICY FEE | | $100.00 |
| STATE TAX | | $54.71 |
| STAMPING FEE | | $1.69 |
| | | $ |
| | | $ |

Audit Period Annual unless otherwise stated: _____    Total   $1,184.40

Item 6.    Forms and endorsements applicable to all Coverage Parts: 011-1054(3-95), 011-1061(8-94)
           SHOW NUMBERS

Agent Name and Address: RAMSGATE MANAGING INSURANCE, SAN ANTONIO, TX.
Agent Number:  101430

Countersigned   04-03-97   LM      By _____
                 DATE                        AUTHORIZED REPRESENTATIVE

THIS COMMERCIAL LIABILITY DECLARATIONS AND THE SUPPLEMENTAL DECLARATIONS,TOGETHER WITH THE COMMON POLICY CONDITIONS,
COVERAGE FORM(S) AND ENDORSEMENTS COMPLETE THE ABOVE NUMBERED POLICY.

011-1056 (9-93)                          INSURED

APR 14 1

EXHIBIT
A



**ESSEX
INSURANCE
MARKEL COMPANY**

# INSURANCE

# POLICY

This insurance contract is with an insurer not
licensed to transact insurance in this state and is
issued and delivered as a surplus line coverage
pursuant to the Texas insurance statutes. The
State Board of Insurance does not audit the
finances or review the solvency of the surplus
lines insurer providing this coverage, and the
insurer is not a member of the property and
casualty insurance guaranty association created
under Article 21.28 - C, Insurance Code. Article
1.14-2, Insurance Code, requires payment of
4.85 percent tax on gross premium."

CVISPDF - www.tesira.com

the Company, AGREES with th        d:

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:
1. Make inspections and surveys at any time;
2. Give you reports on the conditions we find; and
3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public.

And we do not warrant that conditions:
1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards. This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

The first Named Insured shown in the Declarations:
1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.
3. Premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

## F. PREMIUMS, MINIMUM, DEPOSIT AND AUDIT

All references in this policy to minimum and/or deposit premiums and premium audits is replaced by the following, as respects casualty:

Premium shown as advance premium is both a deposit premium and a minimum premium for the policy term. At the close of each audit period we will compute earned premium for that period. If earned is more than advance premium then the amount by which it exceeds advance premium is due and payable on notice to you. If earned is less, advance premium applies as the minimum premium with no return payable to you.

If this policy is cancelled the pro rata or short rate of the minimum and deposit premium will apply for the policy term, subject to an absolute minimum earned premium of 25% of the total advance premium, unless final audit develops greater than said 25%. If your business is a seasonal business, however, the minimum premium then becomes fully earned at the end of your season.

## G. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

# NUCLEAR ENERGY LIABILITY EXCLUSION

1. **The insurance does not apply:**

A. Under any Liability Coverage, to "bodily injury" or "property damage:"

(1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B. Under any Medical Payments coverage, to expenses Incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material," if:

(1) The "nuclear material" (a) is at any "nuclear facility" owned by or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

(2) The "nuclear material" is contained in "spent fuel" or "waste " at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured;" or

(3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, Parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. **As used in this endorsement**

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material," "Special nuclear material" or "by-product material."

"Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor."

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

"Nuclear facility" means:
(a) Any "nuclear reactor;"
(b) Any building, premises or property owned, leased, loaned or used by or on behalf of the insured where "hazardous properties", "nuclear material" or radioactive material is used, processed or stored or has been discharged or dispersed therefrom;
(c) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste;"
(d) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;
(e) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;" and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

# SERVICE OF SUIT

It is agreed that in the event the failure of this Company herein to pay amount claimed to be due hereunder, this Company hereon, at the request of the Insured, will submit to the jurisdiction of any court of competent jurisdiction within the United States of America and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

It is further agreed that service of process in such suit may be made upon the Company's President, or his nominee, at 4551 Cox Road, Glen Allen, VA 23060-4901 and that in any suit instituted against any one of them upon this Policy, this Company will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The above-named is authorized and directed to accept service of process on behalf of this Company in any such suit and/or upon the request of the Insured to give a written undertaking to the Insured that it or they will enter a general appearance upon this Company's behalf in the event such a suit shall be instituted.

Further, pursuant to any state, territory or district of the United States of America, which makes provision therefor, this Company hereon hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute or his successor or successors in office, as their true and lawful attorney, upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary hereunder arising out of this contract of insurance and hereby designates the above-named as the person to whom the said officer is authorized to mail such process or a true copy thereof.

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

_Secretary_                              _President_

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc 1982, 1983



# ESSEX INSURANCE COMPANY

**MAR**

## MANDATORY ENDORSEMENT

\* Entry optional if sho  in the Common Policy Declarations. If no entry is shown, the effective date of the endorsement is the same  as the effective da  the policy.

| *ATTACHED TO AND FORMING PART OF POLICY NO. | *EFFECTIVE DATE OF ENDORSEMENT | *ISSUED TO |
|---|---|---|
| 3CA 8615 | 03/13/97 | BURNELL MARINE & SUPPLY HC 70 BOX 58 |

### THIS ENDORSEMENT CHANGES YOUR POLICY - PLEASE READ IT CAREFULLY.

#### COMBINATION ENDORSEMENT M/E-001

COVERAGE, TERMS AND CONDITIONS IN THIS POLICY ARE CHANGED BY THE FOLLOWING:

1.  NEW ENTITIES:
    This insurance does not apply to Part 4 of "Who Is An Insured" (Section II), Commercial General Liab Coverage Form.

2.  MEDICAL PAYMENTS:
    This insurance does not apply to Coverage C. "Medical Payments" (Section I), Commercial General Liab Coverage Form.

3.  CONTRACTUAL LIABILITY AMENDMENT:
    Wherever Contractual Liability is addressed in this policy, the following applies:
    This Insurance does not apply to any claim, suit, cost or expense arising out of "bodily injury," "persc injury," "property damage" or damages of any type assumed under any "Insured Contract" resulting from sole negligence of the indemnitee.

4.  LIQUOR LIABILITY EXCLUSION AMENDED:
    Liquor Liability under 2. c. Exclusions, Commercial General Liability Coverage Form, Section I. - Coverage, is replaced by the following and applies throughout this policy:
    This insurance does not apply to any claim, suit, cost or expense arising out of
    (1)  causing or contributing to the intoxication of any person and/or
    (2)  furnishing alcoholic beverages to any one under legal drinking age or under the influence of alcc and/or
    (3)  any statute, ordinance or regulation relating to sales, gift, distribution or use of alcoholic bever: and/or
    (4)  any act or omission by any Insured, any employee of any Insured, patrons, members, associa: volunteers or any other persons respects providing or failing to provide transportation, detaining failing to detain any person, or any act of assuming or not assuming responsibility for the v being, supervision or care of any person allegedly under or suspected to be under the influence alcohol. This exclusion applies to the entire policy, and where there is no coverage there is no d to defend.

5.  EMPLOYER'S LIABILITY EXCLUSION AMENDED:
    Employer's Liability under 2. e. Exclusions, Commercial General Liability Coverage Form, Section I. - Coverage, is replaced by the following and applies throughout this policy:
    This insurance does not apply to any claim, suit, cost or expense arising out of "bodily injury" to
    (1)  any employee of the Named Insured arising out of and in the course of employment by any Insur or while performing duties related to the conduct of the Insured's business; or
    (2)  the spouse, child, parent, brother, sister or relative of that employee as a consequence of (1).
    This exclusion applies whether an Insured may be liable as an employer or in any other capac and/or to any obligation to share damages with or repay someone else who must pay damac because of the injury, as well as liability assumed under any "Insured Contract."
    Wherever the word employee appears above, it shall also mean any member, associate, leas worker, temporary worker of, or any person or persons loaned to or volunteering services to y This exclusion applies to the entire policy, and where there is no coverage there is no dut, defend.

M/E-001 (4/95)

INSURED

6.   "AUTO" EXCLUSION AMENDED:

With respect to any "auto." Exclusions, Commercial General Liability Coverage Form, Section I - Coverages, the first paragraph is replaced by the following, and applies throughout this policy: This insurance does not apply to any claim, suit, cost or expense arising out of, caused by or contributed to by the ownership, nonownership, maintenance, use or entrustment to others of any "auto." Use includes operation and "loading and unloading." This exclusion applies to the entire policy and where there is no coverage, there is no duty to defend.

7.   EXCLUSIONS

Where there is no coverage under this policy, there is no duty to defend. This insurance does not apply to any claim, suit, cost or expense arising out of:

A.   POLLUTION:

(1)   "Bodily injury," "personal injury," "property damage" or any other type injury or expense;

(2)   Damages for the devaluation of property or for the taking, use or acquisition or interference with the rights of others in or on property or air space;

(3)   Any demand, order, governmental direction or request or any private party or citizen action that any Insured or any others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize pollutants, including any fines and/or penalties;

(4)   Any litigation or administrative procedure in which any Insured or others may be involved as a party;

As a result of actual, alleged or threatened discharge, dispersal, release or escape of pollutants, or placement of pollutants, into or upon land, the atmosphere, or any water course or body of water, aquifer or ground water, whether sudden, accidental or gradual in nature or not.  Pollutants means any solid, liquid, gaseous, thermal, acoustic, electric, magnetic, electromagnetic irritant or contaminant, including but not limited to smoke, vapor, soot, fumes, fibers, radiation, acid, alkalis, chemicals or materials, and waste. Waste includes, in addition to materials to be disposed of, materials to be recycled, reconditioned or reclaimed.  All liability and expense arising out of or related to any form of pollution, caused intentionally or otherwise, and whether or not any resulting injury, damage, devaluation, cost or expense is expected by any Insured or any other person or entity is excluded.

B.   ASBESTOS, LEAD, OR SILICA DUST:

(1)   Inhalation, ingestion, physical exposure to, absorption or actual or alleged presence of asbestos, silica dust, or lead, in any form, or toxic substances from same, and including but not limited to goods, products or structures containing same, and/or

(2)   the existence of asbestos, silica dust or lead, in any form, in occupancy or construction, or the manufacture, sale, transportation, handling, storage, disposal, or removal of same, or goods or products containing same, and/or

(3)   any supervision, instructions, recommendations, requests, warnings or advice given or which should have been given in regard to asbestos, silica dust and/or lead, and/or

(4)   any costs, including but not limited to, abatement, mitigation, removal or disposal of asbestos, silica dust, lead, paint containing lead, plumbing solder, pipes and fixtures, soil or anything containing asbestos, silica dust or lead, in any form, and/or

(5)   any obligation to share damages with or repay anyone else who must pay damages in connection with the above.

C.   PUNITIVE OR EXEMPLARY DAMAGE:

Punitive or Exemplary Damages whether arising out of the acts of any Insured, any employee of any Insured or any other person.

D.   ASSAULT AND/OR BATTERY:

Assault and/or Battery or out of any act or omission in connection with the prevention or suppression of such acts, whether caused by or at the instigation or direction of any Insured, Insured's employees, patrons or any other person.

E.   HIRING AND/OR SUPERVISION:

Charges or allegations of negligent hiring, training, placement or supervision.

M/E-001  (4/95)

# MARKEL COMPANY
## COMMERCIAL GENERAL LIABILITY COVERAGE PART
### SUPPLEMENTAL DECLARATIONS

These Supplemental Declarations form a part of policy number  3CA 8615

## LIMITS OF INSURANCE

General Aggregate Limit (other than Products/Completed Operations) $ 2,000,000.00

Products/Completed Operations Aggregate Limit   $ EXCLUDED

Personal and Advertising Injury Limit   $ 1,000,000.00

Each Occurrence Limit   $ 1,000,000.00

Fire Damage Limit   $ 50,000.00   any one fire

Medical Expense Limit   $ EXCLUDED   any one person

## BUSINESS DESCRIPTION AND LOCATION OF PREMISES

Form of business:

☐ Individual    ☐ Joint Venture    ☐ Partnership    ☒ Organization (other than Partnership or Joint Venture)

Location of all premises you own, rent or occupy: FISHERMAN'S ROAD, SHRIMP TURNING BASIN, BROWNSVILLE, TX. 78521

## PREMIUM

| Classification | Code No. | *Premium Basis | Rate PR/Co | Rate All Other | Advance Premium Pr/Co | Advance Premium All Other |
|---|---|---|---|---|---|---|
| BUILDING OR PREMISES-OFFICE-PREMISES PRIMARILY OCCUPIED BY EMPLOYEES OF THE INSURED-INCLUDING PRODUCTS AND/OR COMP. OPERATIONS-NOT FOR PROFIT | 61225 | A)6,000. | | 140.001 | $ | $ 851.00 |
| WAREHOUSES-PRIVATE-INCLUDING PRODUCTS AND/ OR COMPLETED OPERATIONS-NOT FOR PROFIT | 68707 | A)1,644. | | 46.010 | | 77.00 |
| ADDITIONAL INSURED | | T)1 | | 100.00 | | 100.00 |

*(a) Area, (c) Total Cost, (m) Admission, (p) Payroll, (s) Gross Sales, (u) Units, (o) Other

TOTAL ADVANCE PREMIUM $ 1,028.00

## FORMS AND ENDORSEMENTS (other than applicable forms and endorsements shown elsewhere in the policy)

Forms and endorsements applying to this Coverage Part and made part of this policy at time of issue:

ME-001(4-95), ME-009(8-94), ME-048(9-93), ME-173(9-93)

CG0001(10/93), CG2116(11/85), CG2104(11/85), CG2135(01/87)

THIS SUPPLEMENTAL DECLARATIONS AND THE COMMERCIAL LIABILITY DECLARATIONS, TOGETHER WITH THE COMMON POL CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS COMPLETE THE ABOVE NUMBERED POLICY.

011-1061 (8-94)

INSURED

(1)    at to employ or termination of emplo̶̶̶ .   ind/or
(2)    discrimination, coercion, demotion, evaluation, reassignment, discipline, defamatic
       harassment in any form, humiliation or other employment-related practices, policies, ac
       or omissions, and/or
(3)    any type of consequential injury as a result of (1) and/or (2).

G.    ERRORS, OMISSIONS, ACTS, PROFESSIONAL LIABILITY, MALPRACTICE:
      Any type error, omission, act, rendering of or failure to render any type professional service, unles
      specifically endorsed onto this policy.

H.    ATHLETIC PARTICIPANTS:
      "Bodily injury" or "personal injury" to any person while practicing for or participating in any event :
      function of a sporting or athletic nature.

I.    DISCRIMINATION:
      Any and all causes of alleged or actual discrimination.

J.    CROSS SUITS:
      Or caused by any Named Insured covered by this policy initiating causes of action or allegatic:
      against any other Insured covered by this policy.

K.    INDEPENDENT CONTRACTORS/SUBCONTRACTORS - CONDITIONAL:
      (1)    "Bodily injury," "personal injury" or "property damage" caused by acts of independent
             Contractors/subcontractors contracted by you or on your behalf unless you obta
             Certificates of Insurance from them providing evidence of like coverage and limits ε
             provided by this policy;
      (2)    Nor does this insurance apply to "bodily injury," "personal injury" or "property damaξ
             sustained by any independent contractor/subcontractor, or any employee, leased works
             temporary or volunteer help of any independent contractor/subcontractor, unless t:
             Named Insured is on site, directly supervising the work of the independε
             contractor/subcontractor at the time of injury or damage, and the Named Insurec
             actions, inactions or omissions are the direct cause of the injury or damage, or (b) t:
             injury or damage, is directly caused by an employee of a Named Insured.

8.    ADDITIONAL CONDITION, LESSORS RISK ONLY:
      If this policy includes a Lessors Risk Only classification on the supplemental declarations, that premise:
      written and priced on the basis that your tenant carries liability insurance to protect you as well as himse
      You must have a lease requiring any commercial tenant(s) to carry Commercial General Liability insuranc
      name you as an additional insured on their policy and furnish you with a Certificate of Insurance. Parki:
      Lot(s) or other land or premises owned by you and leased to tenant(s) must be included in such tenant:
      insurance. Failure to comply with this condition does not void coverage under your policy for this/the
      premises, however, the Limits of Liability will be reduced and apply as follows:

                              Sublimit of Liability

              Each occurrence limit:  $50,000 Combined Single Limit
              Aggregate limit:        $50,000 Combined Single Limit

The sublimit of liability shown above is the most we will pay for all damages including investigation and defen:
because of injury arising out of any one "occurrence." The aggregate limit stated in this endorsement is the most '
will pay for all claims, including investigation and defense, under this policy. If our limits are tendered or exhaust
under this sublimit, we will not defend or continue to defend in any suit.

M/E-001  (4/95)

# F EX INSURANCE C PANY

## ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY.**

*Entry optional if shown in the Common Policy Declarations. If no entry is shown, the effective date of the endorsement is the same as the effective date of the policy.*

| *ATTACHED TO AND FORMING PART OF POLICY NO. | *EFFECTIVE DATE OF ENDORSEMENT | *ISSUED TO |
|---|---|---|
| 3CA 8615 | 03/13/97 | BURNELL MARINE & SUPPLY HC 70 BOX 58 |

### ADDITIONAL INSURED ENDORSEMENT

**SECTION II - WHO IS AN INSURED** of the Commercial General Liability Form is amended to include:

Person or Entity:
PORT OF BROWNSVILLE
BROWNSVILLE NAVIGATION DISTRICT
1000 FOUST ROAD
BROWNSVILLE, TX. 78521

as an additional insured under this policy, but only as respects negligent acts or omissions of the Named Insured and only for occurrences, claims or coverage not otherwise excluded in the policy.

It is further agreed that where no coverage shall apply herein for the Named Insured, no coverage nor defense shall be afforded to the above-identified additional insured.

Moreover, it is agreed that no coverage shall be afforded to the above-identified additional insured for any bodily injury, personal injury, or property damage to any employee of the Named Insured or to any obligation of the additional insured to indemnify another because of damages arising out of such injury.

Additional Premium: _____

_____
AUTHORIZED REPRESENTATIVE        DATE

M/E-009 (8/94)                                   INSURED

# F_SEX INSURANCE C_ _PANY

## ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY.**

* Entry optional if shown in the Common Policy Declarations. If no entry is shown, the effective date of the endorsement is the same as the effective date of the policy.

| *ATTACHED TO AND FORMING PART OF POLICY NO. | *EFFECTIVE DATE OF ENDORSEMENT | *ISSUED TO |
|---|---|---|
| 3CA 8615 | 03/13/97 | BURNELL MARINE & SUPPLY HC 70 BOX 58 |

### ENDORSEMENT - DEDUCTIBLE LIABILITY INSURANCE (CG 0300 Amended)

This endorsement modifies insurance under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**COMMERCIAL PROFESSIONAL LIABILITY COVERAGE PART**

### SCHEDULE

| Coverage | | Amount and Basis of Deductible |
|---|---|---|
| Bodily Injury Liability | $ | Per Claim |
| Property Damage Liability | $ | Per Claim |
| Bodily Injury Liability and Property Damage Liability Combined | $ 500.00 | Per Claim |
| Professional Liability | $ | Per Claim |
| Personal and Advertising Injury Liability | $ 500.00 | Per Claim |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

1. Our obligation under Bodily Injury Liability, Property Damage Liability, Professional Liability, Personal and/or Advertising Injury Liability, or any other coverage under this policy, to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above. The deductible amount stated above shall be applicable to each claim and will include loss payments, adjustment, investigative and legal fees and costs, whether or not loss payment is involved.

2. The deductible amount stated above applies under the coverages respectively to all damages sustained by one person, or organization, as the result of any one occurrence.

3. The terms of this insurance, including those with respect to:
   (a) Our right and duty to defend any "suits" seeking those damages; and
   (b) Your duties in the event of an "occurrence," claim, or suit apply irrespective of the application of the deductible amount.

4. We may pay any part or all of the deductible amount to effect settlement of any claim or suit and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

_____
AUTHORIZED REPRESENTATIVE          DATE

M/E-048 (9/93)                    INSURED

# ...EX INSURANCE C....IPANY

## ENDORSEMENT

**THIS ENDORSEMENT CHANGES THE POLICY.**

* *Entry optional if shown in the Common Policy Declarations. If no entry is shown, the effective date of the endorsement is the same as the effective date of the policy.*

| *ATTACHED TO AND FORMING PART OF POLICY NO. | *EFFECTIVE DATE OF ENDORSEMENT | *ISSUED TO |
|---|---|---|
| 3CA 8615 | 03/13/97 | BURNELL MARINE & SUPPLY HC 70 BOX 58 |

## PRODUCTS/COMPLETED OPERATIONS HAZARD EXCLUSION

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

We do not cover claims, loss, cost or expense for "bodily injury", "property damage", "personal injury" or "advertising injury" included within the "products/completed operations hazard".

_____
AUTHORIZED REPRESENTATIVE            DATE

M/E-173 (9/93)                          INSURED

**d. Workers Compensation and Similar Laws**

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

(i) If the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

(ii) If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

Subparagraphs (a) and (d)(i) do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**g. Aircraft, Auto or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

   Copyright, Insurance Services Office, Inc., 1992   CG 00 01 10 93   □

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (SECTION II).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (SECTION V).

## SECTION I - COVERAGES

### COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement.**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

      (2) The "bodily injury" or "property damage" occurs during the policy period.

   c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions.**

   This insurance does not apply to:

   a. **Expected or Intended Injury**

      "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

   b. **Contractual Liability**

      "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

      (1) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

      (2) That the insured would have in the absence of the contract or agreement.

   c. **Liquor Liability**

      "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

      (1) Causing or contributing to the intoxication of any person;

      (2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

      (3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

      This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

Copyright, Insurance Services Office, Inc., 1992

This exclusion does not apply to.

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

   (a) Less than 26 feet long; and

   (b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment".

h. Mobile Equipment

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. War

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

j. Damage to Property

"Property damage" to:

(1) Property you own, rent, or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

k. Damage to Your Product

"Property damage" to "your product" arising out of it or any part of it.

l. Damage to Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

m. Damage to Impaired Property or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

Copyright, Insurance Services Office, Inc., 1992

**n. Recall of Products, Work or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (Section III).

## COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement.**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

b. This insurance applies to:

(1) "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

(2) "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services;

but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions.**

This insurance does not apply to:

a. "Personal injury" or "advertising injury":

(1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured; or

(4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

b. "Advertising injury" arising out of:

(1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

(2) The failure of goods, products or services to conform with advertised quality or performance;

(3) The wrong description of the price of goods, products or services; or

(4) An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

    Copyright, Insurance Services Office, Inc. 1992    CG 00 01 10 93    □

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

## 2. Exclusions.

We will not pay expenses for "bodily injury":

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard".

g. Excluded under Coverage A.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

We will pay, with respect to any claim or "suit" we defend:

1. All expenses we incur.

2. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

3. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

4. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $100 a day because of time off from work.

5. All costs taxed against the insured in the "suit".

6. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

Copyright, Insurance Services Office, Inc., 1992

7. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

## SECTION II - WHO IS AN INSURED

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. An organization other than a partnership or joint venture, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

   a. Your "employees", other than your "executive officers", but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, no "employee" is an insured for:

   (1) "Bodily injury" or "personal injury":

      (a) To you, to your partners or members (if you are a partnership or joint venture), or to a co-"employee" while in the course of his or her employment or while performing duties related to the conduct of your business;

      (b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of paragraph (1)(a) above;

      (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs (1)(a) or (b) above; or

      (d) Arising out of his or her providing or failing to provide professional health care services.

   (2) "Property damage" to property:

      (a) Owned, occupied or used by,

      (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

      you, any of your "employees" or, if you are a partnership or joint venture, by any partner or member.

   b. Any person (other than your "employee"), or any organization while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

   (1) With respect to liability arising out of the maintenance or use of that property; and

   (2) Until your legal representative has been appointed.

   d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

   a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

   b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

Copyright, Insurance Services Office, Inc., 1992

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage A; and

   b. Medical expenses under Coverage C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Fire Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. Bankruptcy.

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. Duties In The Event Of Occurrence, Offense, Claim Or Suit.

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

 Copyright, Insurance Services Office, Inc., 1992

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. Legal Action Against Us.

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. Other Insurance.

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

a. Primary Insurance

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

b. Excess Insurance

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

(1) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(2) That is Fire insurance for premises rented to you; or

(3) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Coverage A (Section I).

When this insurance is excess, we will have no duty under Coverage A or B to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. Method of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

Copyright, Insurance Services Office, Inc., 1992

CG 00 01 10 93   □

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5. **Premium Audit.**

   a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

   b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

   c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6. **Representations.**

   By accepting this policy, you agree:

   a. The statements in the Declarations are accurate and complete;

   b. Those statements are based upon representations you made to us; and

   c. We have issued this policy in reliance upon your representations.

7. **Separation Of Insureds.**

   Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

   a. As if each Named Insured were the only Named Insured; and

   b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer Of Rights Of Recovery Against Others To Us.**

   If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew.**

   If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

   If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

1. "Advertising injury" means injury arising out of one or more of the following offenses:

   a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   b. Oral or written publication of material that violates a person's right of privacy;

   c. Misappropriation of advertising ideas or style of doing business; or

   d. Infringement of copyright, title or slogan.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

   c. All parts of the world if:

      (1) The injury or damage arises out of:

         (a) Goods or products made or sold by you in the territory described in a. above; or

b. While it is in or on an aircraft, watercraft or "auto"; or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

11. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

  (1) Power cranes, shovels, loaders, diggers or drills; or

  (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

  (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

  (2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

  (1) Equipment designed primarily for:

    (a) Snow removal;

    (b) Road maintenance, but not construction or resurfacing; or

    (c) Street cleaning;

  (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

  (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

12. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

13. "Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

d. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

e. Oral or written publication of material that violates a person's right of privacy.

14.a. "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

  (1) Products that are still in your physical possession; or

  (2) Work that has not yet been completed or abandoned.

b. "Your work" will be deemed completed at the earliest of the following times:

  (1) When all of the work called for in your contract has been completed.

  (2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

  (3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Copyright, Insurance Services Office, Inc., 1992

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

c. This hazard does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification in this Coverage Part or in our manual of rules includes products or completed operations.

15. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

16. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

17. "Your product" means:

a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(1) You;

(2) Others trading under your name; or

(3) A person or organization whose business or assets you have acquired; and

b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

b. The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

18. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

19. "Your work" means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

b. The providing of or failure to provide warnings or instructions.

Copyright, Insurance Services Office, Inc., 1992

CG 00 01 10 93

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

CG 21 16 11 85

# EXCLUSION—DESIGNATED PROFESSIONAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

**Description of Professional Services:**

1.

2.

3.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any professional services shown in the Schedule, this insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" due to the rendering or failure to render any professional service.



Copyright, Insurance Services Office, Inc., 1984

CL 25
(11-8

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

CG 21 04 11 85

## EXCLUSION—PRODUCTS—COMPLETED OPERATIONS HAZARD

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury" or "property damage" included within the "products—completed operations hazard".



Copyright, Insurance Services Office, Inc., 1984

(1

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

CG 21 04 11 85

**EXCLUSION—PRODUCTS—COMPLETED OPERATIONS HAZARD**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury" or "property damage" included within the "products—comple operations hazard".



Copyright, Insurance Services Office, Inc., 1984

T    ,.DORSEMENT CHANGES THE POLIC    '.  .SE READ IT CAREFULLY.

CG 21 35 01 87

# EXCLUSION—COVERAGE C—MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

Description and Location of Premises or Classification:

(If no entry appears above, information required to complete this endorsement will be shown in the Declaration applicable to this endorsement.)

With respect to any locations or classification shown in the Schedule, coverage C. MEDICAL PAYMENTS (Section I) d not apply and none of the references to it in the Coverage Part apply.

The following is added to SUPPLEMENTARY PAYMENTS (Section I):

8.  Expenses incurred by the insured for first aid to others at the time of an accident for "bodily injury" to which t insurance applies.



Copyright, Insurance Services Office, Inc., 1986

# CONDITIONS

This Company binds the kind(s) of insurance stipulated on the reverse side. The Insurance is subject to the terms, conditions and limitations of the policy(ies) in current use by the Company.

This binder may be cancelled by the Insured by surrender of this binder or by written notice to the Company stating when cancellation will be effective. This binder may be cancelled by the Company by notice to the Insured in accordance with the policy conditions. This binder is cancelled when replaced by a policy. If this binder is not replaced by a policy, the Company is entitled to charge a premium for the binder according to the Rules and Rates in use by the Company.

## Applicable in Delaware

The mortgagee or Obligee of any mortgage or other instrument given for the purpose of creating a lien on real property shall accept as evidence of insurance a written binder issued by an authorized insurer or its agent if the binder includes or is accompanied by: the name and address of the borrower; the name and address of the lender as loss payee; a description of the insured real property; a provision that the binder may not be canceled within the term of the binder unless the lender and the insured borrower receive written notice of the cancellation at least ten (10) days prior to the cancellation; except in the case of a renewal of a policy subsequent to the closing of the loan, a paid receipt of the full amount of the applicable premium, and the amount of insurance coverage.

Chapter 21 Title 25 Paragraph 2119

## Applicable in Nevada

Any person who refuses to accept a binder which provides coverage of less than $1,000,000.00 when proof is required: (A) Shall be fined not more than $500.00, and (B) is liable to the party presenting the binder as proof of insurance for actual damages sustained therefrom.

HD 75-S (3/93)