9

United States District Court
Southern District of Texas
FILED

AUG 21 2000

Michael N. Milby, Clerk of Court

# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Nicolas   ■ Koerner |
| DATE | 08 — 21 — 00 |
| TIME | ___ a.m.   ___ a.m. <br> 2:20 p.m.   2:28 p.m. |
| CIVIL ACTION | B — 00 — 011 |
| STYLE | Essex Ins. Co. <br> *versus* <br> Burnell Marine & Supply, Inc., et al |

## DOCKET ENTRY

(HGT)  ■ Initial Pretrial Conference;   ☐ Motion Hearing;   (Rptr. Breck Record )

Mr. Moor         for   ■ Ptf. #_____   ☐ Deft. #_____
Patrick Russell  for   ☐ Ptf. #_____   ■ Deft. #_____
Richard Zayas    for   ☐ Ptf. #_____   ■ Deft. #_____

☐ All motions not expressly decided are denied without prejudice.
☐ Evidence taken [exhibits or testimony].
☐ Argument heard on:   ☐ all pending motions;   ☐ Following motions
☐ Motions taken under advisement: _____
■ Scheduling order to be entered.
☐ Miscellaneous review set: _____
☐ Rulings orally rendered on:

Comments:

1. Corporation does maintenance on shrimp boats, were putting concrete on a boat to provide bilge. Contractors were hired to carry the concrete and at some point someone on the dock said he was splashed in his eye. In the personal injury case the Defendant is denying that injury occurred as alleged.

1

2. There is a specific exclusion in the policy for employees of the Defendant. The insurance policy was purchased for commercial general liability. Typically those policies are bought to provide coverage for claims asserted by third parties, e.g. a third party comes on the property and slips and falls,

3. A different lawyer represents the plaintiff in the personal injury lawsuit.

4. There is no jury demand and so the case will be put on a short timeline.

2

ClibPDF - www.fastio.com