/0

# UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

*Essex Ins. Co.* §
§
versus § CIVIL ACTION B- 00-11
§
*Burnell Marine, et al* §
§

## Scheduling Order

1. Trial: Estimated time to try: __2__ days.          ☒ Bench    ☐ Jury

2. New parties must be joined by:          __9/29/00__

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:    __10/30/00__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:          __12/28/00__

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

************************ The court will provide these dates. ************************

6. Dispositive Motions will be filed by:          __1/12/01__

7. Joint pretrial order is due:          __2/15/01__

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:    __3/1/01__

9. ~~Jury Selection is set for 9:00 a.m. on:~~

The case will remain on standby until tried.

Signed __August 21__, 2000, at Brownsville, Texas.

*Hilda G. Tagle*
Hilda G. Tagle
United States District Judge

*Counsel, please sign on the back.*

*Scheduling Order--Page Two*

_____        _____
Counsel for _Bartff East Assurance_    Counsel for _Burnell Marine & Supply, Inc._
                                       _Charles B. Burnell & Charles R. Burnell_

_____        _____
Counsel for _____        Counsel for _____

_____        _____
Counsel for _____        Counsel for _____