21718\pje

11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 3 2000

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ESSEX INSURANCE COMPANY, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-011 |
| § | |
| BURNELL MARINE & SUPPLY, INC.; § | |
| CHARLES R. BURNELL, Individually § | |
| and d/b/a BURNELL ENTERPRISES; § | |
| and CHARLES B. BURNELL, § | |
| Individually and d/b/a BURNELL § | |
| ENTERPRISES. § | |
| § | |
| Defendants. § | |

## ESSEX INSURANCE COMPANY'S EXPERT DESIGNATION

Now comes **ESSEX INSURANCE COMPANY,** Plaintiff and Counter-Defendant in the above-entitled and numbered cause, and files this its Expert Designation pursuant to the Court's Scheduling Order, and shows the Court as follows:

I.

Essex Insurance Company may call the following witnesses to provide expert testimony at the time of trial:

> Steve Shattuck, Esq.
> Alan Moore, Esq.
> Fanning, Harper & Martinson
> 8117 Preston Road, Suite 3000
> Dallas, TX 75225
> (214) 369-1300

ESSEX INSURANCE COMPANY'S EXPERT DESIGNATION - Page 1
Litigation Library 115328.1

Mr. Shattuck and Mr. Moore will testify as to the reasonable and necessary attorneys' fees and costs incurred by Essex Insurance Company in the prosecution of this lawsuit as well as the defense of the claims asserted by Counter-Plaintiffs. The fees and costs incurred to date amount to $20,539.19. These fees and costs continue to accrue.

Respectfully submitted,

**FANNING HARPER & MARTINSON**
A Professional Corporation

By: _____
**ALAN MOORE**
State Bar No. 14320075
300 Preston Commons West
8117 Preston Road
Dallas, Texas 75225
(214) 369-1300 (office)
(214) 987-9649 (telecopier)

**ATTORNEYS FOR PLAINTIFF
ESSEX INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been mail, copied or hand-delivered to all attorneys of record in compliance with Rule 5 of the FEDERAL RULES OF CIVIL PROCEDURE, on this the 26th day of October, 2000.

_____
**ALAN MOORE**