AO456(Rev. 5/85) Notice

# United States District Court
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

UNITED STATES OF AMERICA
VS.

**NOTICE**

MAY 0 2 2000

Michael N. Milby
Clerk of Court

Rolando Ramirez Robles          CASE NUMBER: B00-Mc-11

Type of Case.

CIVIL          ☒ MISCELLANEOUS          CRIMINAL

☒ TAKE NOTICE that the EXTRADITION HEARING before Magistrate Judge Recio has been set to the following:

| Place: U.S Courthouse 600 E. Harrison St. Brownsville, Texas 78520 | 2nd Floor Courtroom |
| --- | --- |
| | Date And Time May 22, 2000 at 9:00 a.m. |
| TYPE OF PROCEEDING, EXTRADITION HEARING | |

Michael N. Milby, Clerk
U.S. MAGISTRATE OR CLERK

*M. P. Lerma*

(BY) DEPUTY CLERK

To:   Michael Rodriguez AUSA
      Ed Stapleton