*14*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 5 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| Essex Insurance Company, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-011 |
| | § | |
| Burnell Marine & Supply, Inc, et. al.,, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Although the Court has been advised by counsel that a settlement has been reached, it cannot dismiss this matter until the Parties submit a notice of dismissal. Therefore, the Parties should submit proper notice to the Court indicating that it may dismiss this action with prejudice.

DONE at Brownsville, Texas, this 2 day of February 2001.

_____
Hilda G. Tagle
United States District Judge