IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 0 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ESSEX INSURANCE COMPANY<br>Plaintiff | § § § | |
| VS. | § § | |
| BURNELL MARINE & SUPPLY, INC.;<br>CHARLES R. BURNELL, Individually<br>and d/b/a BURNELL ENTERPRISES;<br>and CHARLES B. BURNELL, Individually<br>and d/b/a BURNELL ENTERPRISES<br>Defendants | § § § § § § | CIVIL ACTION NO. B-00-011 |

## NOTICE OF SETTLEMENT

COMES NOW, ESSEX INSURANCE COMPANY, Plaintiff, and BURNELL MARINE & SUPPLY, INC., CHARLES R. BURNELL, Individually (Misnamed As "Charles R. Burnell, Individually and d/b/a Burnell Enterprises") and CHARLES B. BURNELL, (Misnamed As "Charles B. Burnell, Individually and d/b/a Burnell Enterprises") Defendants, and file this, their Notice of Settlement by which said Parties announce to the Court that the above numbered and entitled cause of action has been compromised and settled. The parties previously submitted an Agreed Order of Dismissal on or about January 23, 2001, and respectfully request that same or such similar document that the Court deems appropriate, be signed by the Court.

Page 1 of 2

Because certain issues may arise in the state court case which may create a new conflict between the parties, the parties request that the Court's dismissal be without prejudice.

Signed on this the 20th day of February, 2001.

Respectfully submitted,

| | |
|---|---|
| FANNING, HARPER & MARTINSON<br>A PROFESSIONAL CORPORATION<br>300 Preston Commons West<br>8117 Preston Road<br>Dallas, Texas 75225<br>Telephone (214) 369-1300<br>Facsimile (214) 987-9649 | RUSSELL & ALEGRIA, P.C.<br>37 West Elizabeth Street<br>Brownsville, Texas, 78520<br>Telephone (956) 542-6704<br>Facsimile (956) 542-6767 |
| By: /s/ Steven R. Shattuck w/permission<br>Steven R. Shattuck w/permission<br>USDC Adm. No. _____<br>State Bar No. 18133700 | By: /s/ Patrick Russell<br>Patrick Russell<br>USDC Adm. No. 8651<br>State Bar No. 17435050 |
| Attorney for Plaintiffs | Attorney for Defendants |

Page 2 of 2