*16*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED  Entered

FEB 22 2001

Michael N. Milby, Clerk of Court
By: [signature]

| | | |
|---|---|---|
| **Essex Insurance Company,** | § § § | |
| Plaintiff, | § § | |
| versus | § § | CIVIL ACTION B-00-011 |
| | § § | |
| **Burnell Marine & Supply Inc., et. al.,** | § § | |
| Defendants. | § | |

## Final Order of Dismissal

BE IT REMEMBERED that on February 22, 2001, the Court considered the Parties' Notice of Settlement [Dkt. No. 15].

1. The Court, having been advised by counsel that a settlement has been reached, dismisses this case without prejudice. All Parties shall bear their own costs.

2. The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, this 22nd day of February 2001.

[signature]
Hilda G. Tagle
United States District Judge